**Electronically Filed**
**Supreme Court**
**SCAD-15-0000931**
**10-APR-2019**
**10:28 AM**

SCAD-15-0000931

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In re:

ANDREW VON SONN, ESQ., (Deceased)

ORIGINAL PROCEEDING

<u>ORDER</u>

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the record in this matter, particularly Trustee Matson Kelley's March 29, 2019 submission,

IT IS HEREBY ORDERED that Trustee Kelley shall file with this court, within 30 days of the entry date of this order, all information in his possession, or which he can obtain, regarding the remaining conservator account held at Finance Factors for the benefit of a minor discussed in his March 29, 2019 submission, including any bank records of the account, and the date of birth of the minor in question. Trustee Kelley may present this order to Finance Factors as proof of his powers as trustee, pursuant to Rule 2.20(c)(2)(ii), to obtain such information for this court, and to "take possession of any trust and other bank accounts" related to Von Sonn's legal practice.

IT IS FURTHER ORDERED that Trustee Kelley shall file the resulting submission under seal, in light of the sensitive personal and financial information that will be contained therein.

DATED: Honolulu, Hawaiʻi, April 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

